
PDK: USAO 2022R00276

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'22 JUN 2 PM 1:11

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CRIMINAL NO. DLB 22 CR 199 |
| | * | |
| ANTHONY ANTWON MCNAIR JR., | * | (Felon in Possession of a Firearm and |
| | * | Ammunition, 18 U.S.C. § 922(g)(1); |
| Defendant | * | Forfeiture, 18 U.S.C. § 924(d), |
| | * | 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
**(Felon in Possession of a Firearm and Ammunition)**

The Grand Jury for the District of Maryland charges that:

On or about April 21, 2022, in the District of Maryland, the defendant,

**ANTHONY ANTWON MCNAIR JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition—that is, a Glock Model 21SF .45 caliber pistol and approximately nine rounds of .45 caliber ammunition—and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

# FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

## Firearm and Ammunition Forfeiture

2. Upon conviction of the offense set forth in Count One, the defendant,

**ANTHONY ANTWON MCNAIR JR.,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including but not limited to a Glock Model 21SF .45 caliber pistol bearing serial number WDE713, approximately eight rounds of Blazer .45 caliber ammunition, and approximately one round of Speer .45 caliber ammunition.

## Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek L. Barron* by: PDK
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: June 2, 2022